UNITES STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

In Re:
   JOHN A O'BRYAN                                                   Case No:
   JILL A O'BRYAN                                                     12-33876

        Debtor(s)

**<u>NOTICE TO PAY UNCLAIMED MONEY INTO
UNITED STATES TREASURY ACCOUNT</u>**

   Comes William W. Lawrence, Trustee herein and states in the above-styled case the following check(s), issued more than ninety(90) days ago, remains uncashed and/or returned as undelivered:

| <u>Date of Check</u> | <u>Claimant(s)</u> | <u>Amount</u> |
|---|---|---|
| January 04, 2016 | JOHN A O'BRYAN<br>JILL A O'BRYAN<br>329 MURPHY LANE<br>BLOOMFIELD, KY 40008 | $231.00 |

   Wherefore, the Trustee is attaching a check in the sum of <u>$231.00</u> made payable to the Clerk, U.S. Bankruptcy Court, for deposit in the Treasury Account for unclaimed funds(11 U.S.C. Section 347).

                                                      */s/ William W. Lawrence*
                                                      William W. Lawrence, Trustee
                                                      310 Republic Plaza
                                                      200 S. 7th Street
                                                      Louisville, KY 40202