UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 12-33876 |
| John A. & Jill A. O'Bryan | ) |
| | ) |
| _____ | ) |

## MOTION TO DISBURSE UNCLAIMED MONIES

It appearing that in the above-named case a dividend check in the amount of $4,676.29 made payable to John A. & Jill A O'Bryan, Debtors, was un-negotiated by said Debtors, the Trustee having issued a stop payment on the un-negotiated dividend check, and the Clerk having subsequently deposited the funds into the Registry Account for Unclaimed Monies to be held in said account for the benefit of the Debtors,

Dilks & Knopik, LLC ("Applicant") attorney in fact for Jill A. O'Bryan for herself and as surviving spouse to John A. O'Bryan, through William J. Clarke ("Counsel"), moves this Court for an order directing the Clerk to remit to the applicant the sum of $4,676.29, which was deposited into the Registry Account for Unclaimed Monies for Jill A. O'Bryan for herself and as surviving spouse to John A. O'Bryan ("Claimant").

The Claimant now moves this court to order the disbursement of said funds in the Registry Account for Unclaimed Monies, and in support of this motion states:

Dividends were not collected by the creditor, John A. & Jill A O'Bryan. John A. O'Bryan passed away on November 29th, 2012. He passed away with no will and left behind three heirs. Jill A. O'Bryan is collecting for the funds on behalf of herself and as the surviving spouse to John A. O'Bryan. John A. O'Bryan children have given all authority of collecting these funds to Jill A. O'Bryan.

WHEREFORE, Claimant request that the Court issue an order directing the Clerk to make disbursement of said funds held in the Registry Account for Unclaimed Monies for the benefit of the Creditor, Jill A. O'Bryan for herself and as surviving spouse to John A. O'Bryan.

        Respectfully submitted,

/s/ William J. Clarke
William J. Clarke
Attorney at Law
7982 New LaGrange Road
Suite One
Louisville, Kentucky 40222
Phone: (502) 327-6787
Fax: (502) 327-6725
wjclarke@bellsouth.net

## NOTICE OF ELECTRONIC FILING

It is hereby certified that service or notice of the foregoing was transmitted through the Court's Electronic Case Filing (ECF) system to all parties receiving notice in that fashion and by first-class mail postage prepaid on September 8, 2016 to the following party:

United States Attorney
Western District of Kentucky
Bank of Louisville Building
510 West Broadway
Louisville, Kentucky 40202

/s/ William J. Clarke
William J. Clarke